Moscow Fire Insurance Company et al., Respondents, v. Bank of New York and Trust Company, as Agent or Depositary of Moscow Fire Insurance Company, et al., Respondents, and Bertram A. Cater, Appellant.

Samuel E. Morro et al., in Behalf of Themselves and All Other Stockholders of Moscow Fire Insurance Company, Respondents, v. Moscow Fire Insurance Company et al., Respondents.

United States of America, Intervener.

Argued December 4, 1945; decided January 18, 1946.

*Andrew Eckel* and *Samson Selig* for appellant.

*Paul C. Whipp* for Moscow Fire Insurance Company et al., respondents.

*Borris M. Komar* for Samuel E. Morro et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and MEDALIE, JJ. Taking no part: CONWAY, J.